**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-1913**

_____

KENNETH LEE CROW,

                                  Plaintiff - Appellant,

     versus

MCELROY COAL COMPANY, a division of Consol
Energy Incorporated,

                                  Defendant - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., District Judge. (CA-02-52-5)

_____

Submitted: September 30, 2003    Decided: October 7, 2003

_____

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kenneth Lee Crow, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Lee Crow appeals the district court's order accepting the recommendation of the magistrate judge to dismiss Crow's employment discrimination complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Crow v. McElroy Coal Co.</u>, No. CA-02-52-5 (N.D.W. Va. June 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>